**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001134**
**12-FEB-2016**
**09:25 AM**

NO. CAAP-14-0001134

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


U.S. BANK N.A. IN ITS CAPACITY AS TRUSTEE FOR
THE REGISTERED HOLDERS OF MASTR ASSET BACKED
SECURITIES TRUST 2005-NC1, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-NC1, Plaintiff-Appellee,
v.
JOSEPH KEAOULA MATTOS, CHANELLE LEOLA
MENESES, Defendants-Appellants,
and
CITIFINANCIAL, INC., ASSOCIATION OF APARTMENT
OWNERS OF TERRAZZA/CORTEBELLA/LAS BRISIS/TIBURON,
EWA BY GENTRY COMMUNITY ASSOCIATION, Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, DOE ENTITIES 1-10, and
DOE GOVERNMENTAL UNITS 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-1539)

ORDER GRANTING MOTION FOR PUBLICATION
and
RESCINDING SUMMARY DISPOSITION ORDER FILED JANUARY 12, 2016
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

On January 12, 2016, this court issued a Summary
Disposition Order in this appeal. On February 1, 2016,
Plaintiff-Appellee U.S. Bank N.A. in its Capacity as Trustee for
the Registered Holders of Mastr Asset Backed Securities Trust
2005-NC1, Mortgage Pass-through Certificates, Series 2005-NC1
(**U.S. Bank**), filed the "Motion For Publication of Summary
Disposition Order Filed January 12, 2016" (**Motion for**

**Publication**), seeking to have this court's Summary Disposition Order issued as a Published Opinion.

Upon consideration of U.S. Bank's Motion for Publication and having no opposition being filed,

IT IS HEREBY ORDERED that U.S. Bank's Motion for Publication is granted.

IT IS FURTHER ORDERED that the January 12, 2016 Summary Disposition Order of this court is rescinded and an opinion for publication will follow.

DATED: Honolulu, Hawai'i, February 12, 2016.


Paul Alston
J. Blaine Rogers
Kee M. Campbell
(Alston Hunt Floyd & Ing)
on the motion.

Chief Judge

Associate Judge

Associate Judge

2